DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EMPIRE AMERICAN SERVICES,** a/a/o **SERGIO JIMENEZ,**
Appellant,

v.

**UNITED PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D21-65

[April 14, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Florence T. Barner, Judge; L.T. Case Nos. 18-22006 COCE and 19-13891 CACE.

Frantz C. Nelson of Font & Nelson, PLLC, Fort Lauderdale, for appellant.

Kimberly Kanoff Berman, Michael A. Packer and Shaghayegh Nowroozpour of Marshall Dennehey Warner Coleman & Goggin, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Health Application Sys., Inc. v. Hartford Life & Accident Ins. Co.,* 381 So. 2d 294, 297 (Fla. 1st DCA 1980).

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***